From the order made in accordance with this advice the present appeal is taken, and the ground of appeal is that no protection of the kind ordered, or of any other kind, is required at the crossings named.

We have examined the evidence taken before the vice-chancellor, and agree with him that the facts proved justify a finding that some protection of these crossings is reasonably necessary. The character of the protection advised by him seems to be the least expensive method which can be installed, which will adequately safeguard the public, and no contention is made that some other method of protecting the crossings should have been directed.

The order appealed from will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GRAY, DILL—13.

*For reversal*—None.

---

UNITED STATES INDEPENDENT TELEPHONE COMPANY, appellant,

*v.*

JAMES M. E. O'GRADY et al., respondents.

[Argued July 29th, 1908. Decided March 1st, 1909.]

*Mr. Richard V. Lindabury,* for the appellant.

*Mr. John R. Hardin,* for the respondents.

Affirmed March 1st, 1909.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL—14.

*For reversal*—None.

JAMES H. HASLETT, appellant,

*v.*

JAMES B. NIXON, respondent.

[Argued December 2d, 1908.    Decided March 1st, 1909.]

*Mr. Martin V. Bergen, Jr.,* for the appellant.

*Mr. Horace F. Nixon,* for the respondent.

Affirmed March 1st, 1909.

*For affirmance*—GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GRAY, DILL—12.

*For reversal*—None.